IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Case No. 08-CR-00141 ) ) |
| RODERICK J. YODER, | ) ) |
| Defendant. | ) ) |

---

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the Information against defendant Roderick J. Yoder.

Dated this 2nd day of December, 2008.

Respectfully submitted,

ERIK C. PETERSON
United States Attorney

By:   /s/
GRANT C. JOHNSON
*Assistant U. S. Attorney*

Leave of court is granted for the filing of the foregoing dismissal.

_____
BARBARA B. CRABB
United States District Judge

Dated: December 3, 2008